TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Defendant
Citigroup Global Markets, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBYN LEONARD, | Case No. C 05 02181 JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| CITIGROUP GLOBAL MARKETS, INC., | |
| Defendant. | |

The parties hereby stipulate that defendant shall have an extension of time to September 1, 2005 in which to file its answer or to otherwise respond to the complaint in this matter.

Dated: June 21st, 2005.

JEFFREY S. NIESEN
LAW OFFICE OF JEFFREY S. NIESEN

_____
Jeffrey S. Niesen
Attorneys for Plaintiff
Robyn Leonard

Dated: June 30th, 2005.

TRISH M. HIGGINS
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Trish M. Higgins
Attorneys for Defendant
Citigroup Global Markets, Inc.

Dated: July 12, 2005

IT IS SO ORDERED
Magistrate Judge Joseph C. Spero

DOCSSC1:357032.1

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT