**FILED**

JUL 13 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robyn Leonard | CASE NO. C 05 02181 JCS |
| Plaintiff(s), | (Proposed) |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Citigroup Global Markets, Inc. | |
| Defendant(s). | |

Michael G. O'Neill _____, an active member in good standing of the bar of New York _____, whose business address and telephone number is 30 Vesey Street Suite 301, New York, NY 10007 (212) 581-0990 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Robyn Leonard _____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/13/05

Joseph C. Spero
United States Magistrate Judge