1   TRISH M. HIGGINS (State Bar No. 119215)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
2   400 Capitol Mall, Suite 3000
    Sacramento, CA  95814-4497
3   Telephone:     (916) 447-9200
    Facsimile:     (916) 329-4900
4
    Attorneys for Defendant
5   Citigroup Global Markets, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  ROBYN LEONARD,                    Case No. CV 05-02181 CRB

13             Plaintiff,             STIPULATION AND [PROPOSED]
                                      ORDER RE CASE MANAGEMENT
14      v.                            CONFERENCE AND CASE
                                      SCHEDULE
15  CITIGROUP GLOBAL MARKETS, INC.,

16             Defendant.

17

18                       **STIPULATION**

19      1.      By Order dated July 28, 2005, this Court scheduled an initial Case Management

20  Conference for October 14, 2005, and directed the parties to file their Case Management

21  Statement by October 7, 2005.  In the Order Setting Case Management Conference dated May 27,

22  2005, the Court directed the parties to file the Joint ADR Stipulation by September 2, 2005, and

23  to complete their initial disclosures and to file their Rule 26(f) Report by September 16, 2005.

24      2.      Defendant Citigroup Global Markets Inc. anticipates filing a motion to compel

25  arbitration in this matter.  To accommodate the August vacation plans of plaintiff's counsel,

26  Mr. O'Neill and consistent with the Stipulation filed July 8, 2005, defendant anticipates that it will

27  file that motion on or about September 1, 2005, to be calendared for a hearing date in late

28  October.

DOCSSC1:358157.1

3.  To allow defendant's anticipated motion to compel arbitration to be adjudicated prior to any discovery and case management proceedings before this Court, and to conserve the time and resources of the Court and the parties, the parties hereby stipulate to rescheduling the Case Management Conference and the Case Schedule to a later date. The parties suggest that the Case Management Conference be scheduled for a date no sooner than November 30, 2005, with initial disclosures and ADR and case management filings due no sooner than November 9, 2005.

Dated: August ___, 2005.

JEFFREY S. NIESEN
LAW OFFICE OF JEFFREY S. NIESEN

_____
Jeffrey S. Niesen
Attorneys for Plaintiff
Robyn Leonard

Dated: August 29, 2005.

TRISH M. HIGGINS
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Trish M. Higgins
Attorneys for Defendant
Citigroup Global Markets, Inc.

////
////
////
////
////
////
////
////
////
////
////
////

DOCSSC1:358157.1

- 2 -

1

**ORDER**

2      Having reviewed the Stipulation of the parties, and good cause appearing therefor, the

3   Court HEREBY ORDERS that:

4      1.   The Case Management Conference shall be rescheduled for <u>December 02</u> , 2005

5   at <u>8</u> : <u>30</u> <u>a</u> .m.

6      2.   The last day for the parties to meet-and-confer re initial disclosures, early

7   settlement, ADR process selection and discovery plan shall be <u>November 11</u> , 2005.

8      3.   The last day for the parties to file Joint ADR Certification with Stipulation to ADR

9   process or Notice of Need for ADR phone conference shall be <u>November 11</u> , 2005.

10     4.   The last day for the parties to complete initial disclosures or state objection in Rule

11  26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be

12  <u>November 25</u> , 2005.

13     **IT IS SO ORDERED**.

14

15  August 30, 2005



16                         CHARLES R. BREYER
                          UNITED STATES DI

17

18

19

20

21

22

23

24

25

26

27

28