IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBYN LEONARD,                                                      No. C05-02181 CRB

       Plaintiff,                                                         **ORDER**

  v.

CITIGROUP GLOBAL MARKETS,

       Defendant.
_____/

     Upon the Court granting the motion to compel and ordering the case be stayed pending completion of arbitration and GOOD CAUSE APPEARING THEREFOR:

     There appears to be no further reason at this time to maintain the file as an open one for statistical purposes.  Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

     Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

     **IT IS SO ORDERED.**

Dated: November 30, 2005

                                                      CHARLES R. BREYER
                                                    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California